

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-17-00563-CV

**FIRE CHIEF CHARLES HOOD**, In His Official Capacity Only,
Appellant

v.

Fernando **MUNOZ** and Edward Chacon,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16293
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice (not participating)
Patricia O. Alvarez, Justice

Appellees' motion for rehearing is DENIED.

It is so **ORDERED** on January 25, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court